IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00490-MSK-KLM

DARNELL PARKS,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT (RTD), a political subdivision of the State of Colorado, also known as RTD,

    Defendant.

---

### MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Entry of Stipulated Protective Order** [Docket No. 16; Filed June 26, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#16-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: June 27, 2012