IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00490-MSK-KLM

DARNELL PARKS,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT (RTD), a political subdivision of the State of Colorado, also known as RTD,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [Docket No. 21; Filed June 28, 2012] (the "Motion").  Plaintiff submits an Amended Scheduling Order [#21-1] to correct certain deficiencies in the Scheduling Order [#15] entered on June 26, 2012.  *See Minute Entry* [#14] at 1.

    IT IS HEREBY **ORDERED** that the Motion [#21] is **DENIED WITHOUT PREJUDICE**.  When Plaintiff files an Amended Scheduling Order, he must also incorporate all changes made in handwriting on the original Scheduling Order.  *Compare, e.g.*, Sched. Ord. [#15] at 9 *with Am. Sched. Ord.* [#21-1] at 9 (failing to incorporate language on status conferences and a final pretrial conference).  Alternatively, he may file the request to amend the Scheduling Order [#15] by including only amended Sections 4 and 5 in the request.

    Dated:  July 2, 2012