IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00490-MSK-KLM

DARNELL PARKS,

      Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT (RTD), a political subdivision of the State of
Colorado, also known as RTD,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Unopposed Motion to Amend
Scheduling Order** [Docket No. 21; Filed June 28, 2012] (the "Motion"). Plaintiff submits
an Amended Scheduling Order [#21-1] to correct certain deficiencies in the Scheduling
Order [#15] entered on June 26, 2012. *See Minute Entry* [#14] at 1.

      IT IS HEREBY **ORDERED** that the Motion [#21] is **DENIED WITHOUT PREJUDICE**.
When Plaintiff files an Amended Scheduling Order, he must also incorporate <u>all</u> changes
made in handwriting on the original Scheduling Order. *Compare, e.g., Sched. Ord.* [#15]
at 9 *with Am. Sched. Ord.* [#21-1] at 9 (failing to incorporate language on status
conferences and a final pretrial conference). Alternatively, he may file the request to
amend the Scheduling Order [#15] by including only amended Sections 4 and 5 in the
request.

      Dated:  July 2, 2012