IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00490-MSK-KLM

DARNELL PARKS,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT (RTD), a political subdivision of the State of Colorado, also known as RTD,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Second Unopposed Motion to Amend Scheduling Order** [Docket No. 24; Filed July 23, 2012] (the "Motion"). Plaintiff submits a Second Amended Scheduling Order [#24-1] to correct certain deficiencies in the Scheduling Order [#15] entered on June 26, 2012. *See Minute Entry* [#14] at 1.

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Second Amended Scheduling Order [#24-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

    Dated: July 30, 2012