IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00490-MSK-KLM

DARNELL PARKS,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT (RTD), a political subdivision of the State of Colorado, also known as RTD,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Amend Scheduling Order for Extension of Time to Designate an Expert** [Docket No. 30; Filed September 28, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. The Scheduling Order [#24-1] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline      **October 22, 2012**
- Rebuttal Expert Disclosure Deadline      **November 23, 2012**

Dated: October 1, 2012